Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.Rezvani@capstonelawyers.com
Majdi Hijazin (*pro hac vice*)
Majdi.Hijazin@capstonelawyers.com
Abigail Gertner (*pro hac vice*)
Abigail.Gertner@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone:(310) 556-4811
Facsimile:(310) 943-0396

*Attorneys for Plaintiffs*

Eric Y. Kizirian (SBN 210584)
Eriz.Kizirian@lewisbrisbois.com
Zourik Zarifian (SBN 306368)
Zourik.Zarifian@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE CHIULLI, *et al.*, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., *et al.*<br><br>Defendants. | Case No.: 22-cv-06225-MMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   October 19, 2022<br>Judge:  Hon. Maxine M. Chesney |

Plaintiffs to Constance Chiulli, Joshua Meisel, Jacob Montgomery, and David Susseles ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM") ("Defendants") (together, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Stipulation following Joint Stipulation dismissing the action with prejudice:

WHEREAS, Plaintiffs filed their Second Amended Complaint on March 31, 2023 [Dkt. 26];

WHEREAS, Defendant Honda Motor Co., Ltd. ("Honda Japan") has not been served in this action;

WHEREAS, on November 6, 2023, AHM answered Plaintiffs' Second Amended Complaint [Dkt. 44]; and

WHEREAS, the Parties have reached a confidential settlement in this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss this action with prejudice as to Plaintiffs' individual claims, and without prejudice as to the claims of the putative class members.  Defendants have consented to this dismissal.

**IT IS SO STIPULATED.**

Dated: September 15, 2025

Respectfully submitted,

CAPSTONE LAW APC

By: */s/ Cody R. Padgett*
Cody R. Padgett
Shahin Rezvani
Abigail Gertner
Majdi Hijazin

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bm.net
apark@bm.net

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: September 15, 2025 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: */s/ Eric Y. Kizirian* |
| | Eric Y. Kizirian<br>Zourik Zarifian |
| | *Attorneys for Defendants* |

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 5-1(i), the undersigned hereby certifies and attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: September 15, 2025

*/s/ Cody R. Padgett*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE CHIULLI, *et al.*, on behalf of themselves and a class of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC., *et al.*<br><br>　　　　　Defendants. | Case No.: 22-cv-06225-MMC<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  October 19, 2022<br>Judge:  Hon. Maxine M. Chesney |

# [PROPOSED] ORDER

Based on the Parties' Joint Stipulation of Dismissal with Prejudice and good cause appearing therefore, the Court orders that this action be dismissed with prejudice with each party to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Date: _____   _____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE