# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE CHIULLI, *et al.*, on behalf of themselves and a class of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC., *et al.*<br><br>　　　　　Defendants. | Case No.: 22-cv-06225-MMC<br><br>[PROPOSED] **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 19, 2022<br>Judge: Hon. Maxine M. Chesney |

# [PROPOSED] ORDER

Based on the Parties' Joint Stipulation of Dismissal with Prejudice and good cause appearing therefore, the Court orders that this action be dismissed with prejudice with each party to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Date: September 18, 2025

Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE